Angela M. Alioto (SBN 130328)
Joseph Alioto Veronese (SBN 214607)
LAW OFFICES OF JOSHEPH L. ALIOTO
AND ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111-2104
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff CRAIG CHRISTOFFERSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CHRISTOFFERSEN, a California resident,<br><br>Plaintiff,<br><br>v.<br><br>THE ULTIMATE SOFTWARE GROUP, INC., a Florida corporation, and Does 1 through 100, inclusive,<br><br>Defendants.<br><br>AND THE RELATED CROSS-CLAIM | **CASE NO.: 2:19-cv-01031 TLN-AC**<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; **ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff CRAIG CHRISTOFFERSEN and Defendant THE ULTIMATE SOFTWARE GROUP, INC., (collectively, "the Parties"), by and through their counsel of record, hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this entire action, including all claims stated therein against all parties, with each party to bear its own attorneys' fees and costs.

- 1 -

SO STIPULATED,

DATED: MARCH 30, 2020         LAW OFFICES OF JOSEPH L. ALIOTO AND
                              ANGELA ALIOTO


                              By: */s/ Joe Alioto Veronese*_____
                              Joe Alioto Veronese
                              Attorney for Plaintiff CRAIG CHRISTOFFERSEN


DATED: MARCH 31, 2020         GORDON REES SCULLY MANSUKHANI, LLP


                              By: */s/ Michael D. Bruno*_____
                              Michael D. Bruno
                              Attorney for ULTIMATE SOFTWARE GROUP, INC.,


## ORDER

Having reviewed the Joint Stipulation and Request for Dismissal with Prejudice ("Stipulation") submitted by Plaintiff CRAIG CHRISTOFFERSEN and Defendant THE ULTIMATE SOFTWARE GROUP, INC.,), by and through their counsel of record, and good cause appearing, the Stipulation is approved. The entire action, including all claims stated therein against all parties, is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED: August 14, 2020

                                              _____
                                              Troy L. Nunley
                                              United States District Judge